# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2501
LT Case No. 42-2017-CF-3451-A

———————————————

LERON DE'VONTE GRAHAM,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.853 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Leron De'Vonte Graham, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

March 31, 2026

PER CURIAM.

   AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____